**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-7346**

UNITED STATES OF AMERICA,

               Plaintiff - Appellee,

     v.

RICHARD MONDELL GORE, a/k/a Richard Mondell Spann, a/k/a
Bomb Threat,

               Defendant - Appellant.

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.  Joseph F. Anderson, Jr., District
Judge.  (0:05-cr-01000-JFA-1)

Submitted:  March 5, 2010         Decided:  March 16, 2010

Before WILKINSON, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Richard Mondell Gore, Appellant Pro Se. Stanley Duane Ragsdale,
Assistant United States Attorney, Columbia, South Carolina, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Richard Mondell Gore appeals the district court's orders reducing his sentence pursuant to the Government's Fed. R. Crim. P. 35(b) motion and granting in part and denying in part reconsideration of that order. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders and deny as moot Gore's motion to expedite the decision. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>